## GREENWOOD TRUST COMPANY *v.* LESLIE S. HOLLO
### (AC 20277)

Lavery, C. J., and Mihalakos and Zarella, Js.

Submitted on briefs June 14—officially released July 11, 2000

Per Curiam. The judgment is affirmed.

## GARY N. POLYVIOU ET AL. *v.* MARIA J. NOLASCO ET AL.
### (AC 20008)

Lavery, C. J., and Mihalakos and Zarella, Js.

Submitted on briefs June 14—officially released July 18, 2000

Per Curiam. The judgment is affirmed.

## PAUL A. NELSON *v.* MARGARET M. NELSON
### (AC 19332)

Landau, Schaller and Spear, Js.

Submitted on briefs June 14—officially released July 18, 2000

Per Curiam. The judgment is affirmed.

## SAM LIVIERI *v.* KEN RICH ET AL.
### (AC 20177)

Landau, Schaller and Spear, Js.

Submitted on briefs June 14—officially released July 18, 2000

Per Curiam. The judgment is affirmed.